# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES N. BRANNON, JR.  
11996 BANEBERRY DRIVE, #2D  
ROSCOE, IL  61073  

SSN-xxx-xx-2236

Case Number: 06-72264

Case filed on: 11/30/2006  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,384.50        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 320.54 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 320.54 | 0.00 |
| 021 | KRISTIN BRANNON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | JAMES N. BRANNON, JR. | 0.00 | 0.00 | 276.90 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 276.90 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 434.00 | 434.00 | 0.00 | 0.00 |
| 003 | HSBC AUTO FINANCE | 1,515.10 | 1,515.10 | 720.00 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE INC | 2,927.47 | 2,927.47 | 0.00 | 0.00 |
| 025 | MIDWEST TITLE LOANS | 600.00 | 600.00 | 0.00 | 0.00 |
|  | Total Secured | 5,476.57 | 5,476.57 | 720.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 10,892.37 | 10,892.37 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 11,586.94 | 11,586.94 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,110.18 | 1,110.18 | 0.00 | 0.00 |
| 007 | CARDMEMBER SERVICE / CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 4,166.89 | 4,166.89 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,007.59 | 1,007.59 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | STATE FARM BANK SPECIALIZED COLLECTIONS | 1,926.85 | 1,926.85 | 0.00 | 0.00 |
| 015 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 712.48 | 0.00 | 0.00 | 0.00 |
| 016 | WELLS FARGO FINANCIAL | 768.49 | 768.49 | 0.00 | 0.00 |
| 017 | WELLS FARGO FINANCIAL | 2,347.04 | 2,347.04 | 0.00 | 0.00 |
| 018 | WFNNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | KRISTIN BRANNON | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CHASE BANK USA NA | 1,787.53 | 1,787.53 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 1,938.55 | 1,938.55 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 4,790.09 | 4,790.09 | 0.00 | 0.00 |
| 024 | AMERICAN EXPRESS CENTURION BANK | 5,351.99 | 5,351.99 | 0.00 | 0.00 |
|  | Total Unsecured | 48,386.99 | 47,674.51 | 0.00 | 0.00 |
|  | Grand Total: | 55,863.56 | 55,151.08 | 1,317.44 | 0.00 |

Total Paid Claimant:     $1,317.44  
Trustee Allowance:        $67.06  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007        By  /s/Heather M. Fagan